# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

SUNTRUST BANK,

                Plaintiff,

-vs-                                                Case No. 2:10-cv-371-FtM-29SPC

RALPH W. DUTTKO, also known as Ralph
Duttko, SHIRLEY DUTTKO,

                Defendants.
_____

## ORDER

       This matter comes before the Court on Plaintiff's Motion for Entry of Clerk's Default Against Defendants (Doc. #9) filed on July 21, 2010. Pursuant to Fed. R. Civ. P. 55(a), the Plaintiff moves the Court for the entry of clerk's default against the Defendants

       Under Fed. R. Civ. P. 55(a), default is justified "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise appear by affidavit or otherwise, the clerk shall enter the party's default." On June 29, 2010, service was effected on both Defendants at their residence. Pursuant to the Return of Service documents (Doc. #7, 8), service was made upon Ralph Duttko and Shirley Duttko, residing at 821 Combe Lane, Littlefield, Arizona, 86432. To date, the Defendants have not responded to the Plaintiff's Complaint. Therefore, the entry of clerk's default is appropriate.

       Accordingly, it is now

       **ORDERED:**

Plaintiff's Motion for Entry of Clerk's Default Against Defendants (Doc. #9) is **GRANTED**. The Clerk is directed to enter clerk's default against the Defendants, Ralph Duttko and Shirely Duttko.

**DONE AND ORDERED** at Fort Myers, Florida, this   22nd   day of July, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record